604

Charles Harris and Katherine Harris, appellants, v. Peter Vlahos et al., appellees. Gen. No. 35,157.

Opinion filed May 4, 1932.

Myron E. Wisch, for appellants; Sidney R. Tarkoff, of counsel. Richard Hill, Jr., and Charles H. Soelke, for appellees.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Antonia Budovich, appellee, v. Standard Oil Company, Indiana, appellant. Gen. No. 35,240.

Opinion filed May 4, 1932.

Barrett, Barrett & Wermuth, for appellant; Burrell J. Cramer, of counsel. George Pfirshing, for appellee; Chester D. Kern, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Genero Roberta, plaintiff in error. Gen. No. 35,314.

Opinion filed May 4, 1932. Rehearing denied May 20, 1932.

Michael Costabile, for plaintiff in error; Martin M. Ward, of counsel. John A. Swanson, State's Attorney, for defendant in error; Otho S. Fasig, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Erick Blaine Thelin, appellant, v. William G. Barclay, appellee. Gen. No. 35,364.

Opinion filed May 4, 1932.

Kellam Foster, for appellant; Marshall Solberg, of counsel. Daniel A. Roberts, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.